UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELLYANN FERGUSON,

    Plaintiff,

v.                                                    Case. No. 13-10558
                                                    Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on March 14, 2014

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

**I. INTRODUCTION**

Plaintiff filed this action seeking disability insurance benefits and supplemental security income under the Social Security Act. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 21], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [dkt 14] be denied and Defendant's Motion for Summary Judgment [dkt 18] be granted. Plaintiff has filed objections to the Magistrate's Report and Recommendation [dkt 22]. Defendant has not yet responded to Plaintiff's objections and the Court determines that such response is unnecessary at this time.

The Court has thoroughly reviewed the court file, the respective motions, the Report and Recommendation, and Plaintiff's objections. The Court finds the Magistrate Judge's Report and Recommendation to be factually detailed and legally sound, and importantly, it adequately addresses

the underpinnings of Plaintiff's objections. As such, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED [dkt 14] and Defendant's Motion for Summary Judgment is GRANTED [dkt 18].

IT IS SO ORDERED.

Dated: March 14, 2014                            <u>S/Lawrence P. Zatkoff</u>

                                                                  Hon. Lawrence P. Zatkoff